# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMERGENCY CARE SERVICES OF PENNSYLVANIA, P.C., *et al.*, | : : : |
| Plaintiffs | : NO. 1:19-CV-01195-SHR : : Rambo, J. : |
| v. | : : |
| UNITEDHEALTH GROUP, INC., *et al.*; | : : : |
| Defendants. | : : |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Bridget E. Montgomery (PA ID 56105)
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
(717) 237-6054
bmontgomery@eckertseamans.com

Alan Lash (FL ID 510904) (*pro hac vice*)
Justin Fineberg (FL ID 0053716) (*pro hac vice*)
Lash & Goldberg LLP
100 S.E. 2nd Street, Suite 1200
Miami Tower
Miami, FL  33131
(305) 347-4040
alash@lashgoldberg.com
jfineberg@lashgoldberg.com

*Counsel for Plaintiffs, Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C.*

Pursuant to Local Rule 7.36, Plaintiffs respectfully submit the attached supplemental authority in opposition to Defendants' Motion to Dismiss (ECF Doc Nos. 22, 30, 48, 51)

The attached authority is from the action captioned *Fremont Emergency Services (Mandavia), Ltd., et al. v. UnitedHealth Group, Inc., et al.*, Case No. 2:19-CV-00832-JCM-VCF (D. Nev.). *See* Exhibit A. This action was brought by Plaintiffs' affiliates in Nevada and features allegations similar to those asserted here. In its Order dated February 20, 2020, the District of Nevada granted Plaintiffs' Amended Motion to Remand, finding that the claims at issue are not completely preempted by ERISA.

Dated: March 31, 2020	Respectfully submitted,

*/s/ Bridget E. Montgomery*
Bridget E. Montgomery, PA Bar # 56105
Eckert Seamans Cherin & Mellott, LLC
213 Market St., 8th Floor
Harrisburg, PA  17101
(717) 237-6054
bmontgomery@eckertseamans.com

Alan D. Lash
FL Bar #510904 (*pro hac vice*)
Justin C. Fineberg
FL Bar #0053716 (*pro hac vice*)
Lash & Goldberg LLP
100 S.E. 2nd Street, Suite 1200
Miami Tower
Miami, FL  33131
(305) 347-4040
alash@lashgoldberg.com
jfineberg@lashgoldberg.com

*Counsel for Plaintiffs Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C.*

## CERTIFICATE OF SERVICE

I, Bridget E. Montgomery, hereby certify that on March 31, 2020, I served the foregoing PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY upon all counsel of record via this Court's CM/ECF system, which services satisfies the requirements of the Federal Rules of Civil Procedure.

/s/ *Bridget E. Montgomery*
Bridget E. Montgomery, Esquire

*Counsel for Plaintiffs, Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C.*