IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMERGENCY CARE SERVICES OF PENNSYLVANIA, P.C., *et al.*, | : : : : NO. 1:19-CV-01195-SHR : : Rambo, J. : : : : : : : |
| Plaintiffs | |
| v. | |
| UNITEDHEALTH GROUP, INC., *et al.*; | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C. hereby voluntarily dismiss this action ***without prejudice***.  Plaintiffs request that the Clerk of Court close this case and deny as moot all pending motions.

Dated: June 11, 2020                                   Respectfully submitted,

/s/ *Justin C. Fineberg*
Alan D. Lash
FL Bar #510904 (*pro hac vice*)
Justin C. Fineberg
FL Bar #0053716 (*pro hac vice*)
Lash & Goldberg LLP
100 S.E. 2nd Street, Suite 1200

1

Miami Tower
Miami, FL  33131
(305) 347-4040
alash@lashgoldberg.com
jfineberg@lashgoldberg.com


Bridget E. Montgomery, PA Bar # 56105
Eckert Seamans Cherin & Mellott, LLC
213 Market St., 8th Floor
Harrisburg, PA  17101
(717) 237-6054
bmontgomery@eckertseamans.com

*Counsel for Plaintiffs Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C.*

## **CERTIFICATE OF SERVICE**

I, Justin C. Fineberg, hereby certify that on June 11, 2020, I served the foregoing NOTICE OF VOLUNTARY DISMISSAL upon all counsel of record via this Court's CM/ECF system, which services satisfies the requirements of the Federal Rules of Civil Procedure.

                                       */s/ Justin C. Fineberg*
                                           Justin C. Fineberg

*Counsel for Plaintiffs, Emergency Care Services of Pennsylvania, P.C. and Emergency Physician Associates of Pennsylvania, P.C.*